unsealed 4/17/08

**ORDERED SEALED BY COURT**

FILED

08 MAR -5 PM 5:17

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | Case No. '08 MJ 0698 |
| ) | |
| DETACHED STRUCTURE ASSOCIATED ) | |
| WITH PARK BOULEVARD PHARMACY ) | SEALING ORDER |
| 3906 PARK BOULEVARD ) | |
| SAN DIEGO, CA ) | |
| ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the search warrant, the application and affidavit for search warrant, and this sealing order be sealed until further order of the court.

SO ORDERED.

DATED: 3/5/08

HONORABLE CATHY ANN BENCIVENGO
United States Magistrate Judge

Presented by:

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney