1 | KAREN P. HEWITT
United States Attorney
2 | TIMOTHY F. SALEL
Assistant U.S. Attorney
3 | California State Bar No. 163597
Federal Office Building
4 | 880 Front Street, Room 6293
San Diego, California 92101-8893
5 | Telephone: (619) 557-6074

FILED
08 APR 18 PM 12: 18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

6 | Attorneys for Plaintiff
United States of America

7 |

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | IN THE MATTER OF THE SEARCH OF       )   Case No. 08MJ0698
                                          )
11 | Detached structure associated with   )   UNSEAL SEARCH WARRANT
Park Boulevard Pharmacy                   )
12 | 3906 Park Boulevard                  )
San Diego, California                     )
13 |                                      )

14 |

15 |    COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

16 | Karen P. Hewitt, United States Attorney, and Timothy F. Salel, Assistant United States Attorney,

17 | and hereby requests that the search warrant, the application, and affidavit for search warrant in the

18 | above-reference case be unsealed.

19 |    DATED: April 17, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                          /s/ Timothy F. Salel
                                          TIMOTHY F. SALEL
                                          Assistant U.S. Attorney

25 | IS ORDERED.

26 | DATED: 4/17/08

                                          _____
                                          HONORABLE BARBARA L. MAJOR
                                          United States Magistrate Judge

TFS:klb:Motion:Unseal S.W.Structure@Park Blvd Pharm